1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL A. RODRIGUEZ (NYBN 4938262)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7146
7       FAX: (415) 436-7234
        Michael.Rodriguez@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-0026 WHA |
| Plaintiff, | UNITED STATES' ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE RESPONSE BRIEF AND DECLARATIONS UNDER SEAL |
| v. | |
| DAVID JAH,<br>  a/k/a David Jah, Sr.,<br>  a/k/a David Jaa, and | |
| KRISTOPHER ALEXIS-CLARK, | |
| Defendants. | |

## NOTICE OF MOTION

Pursuant to Criminal Local Rule 56-1, the United States hereby moves the Court for an Order permitting it to file under seal the government's response to Defendant David Jah's Motion to Suppress and certain accompanying declarations of San Francisco Police Department (SFPD) law enforcement officers.

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States moves, pursuant to Criminal Local Rule 56-1(c), for an order sealing the

government's response to Jah's Motion to Suppress and the accompanying declarations of SFPD Sergeants Anthony Damato, Thomas Maguire, Conroy Tam, and Matthew Mason, as well as the declaration of SFPD Officer Gary Moriyama. Both the response brief and the declarations contain personally identifying information—specifically, names and addresses—of non-parties to this case that must be redacted pursuant to the protective order issued in this case, Dkt. No. 42, and Federal Rule of Criminal Procedure 49.1. Thus, the United States submits that sealing is necessary and respectfully requests that the Court permit it to file these documents under seal.

Dated: July 24, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
MICHAEL A. RODRIGUEZ
Assistant United States Attorney

**[PROPOSED] ORDER**

Based upon the motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the United States' Administrative Motion to Seal is GRANTED. The government's response to Defendant David Jah's Motion to Suppress and the accompanying declarations of San Francisco Police Department law enforcement officers shall be filed under seal.

**IT IS SO ORDERED.**

Dated: July 29, 2019.

HON. WILLIAM ALSUP
United States District Judge