UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID JAH,<br><br>    Defendant. | No. CR 19-0026 WHA<br><br>**ORDER DETERMINING COMPETENCY AND DENYING FARETTA MOTION** |

    Defendant David Jah is charged with conspiracy to commit arson and possession of firearm and ammunition as a prohibited person.

    A December 2019 order found reasonable cause existed to believe defendant was suffering from a mental disease or defect rendering him mentally incompetent under 18 U.S.C. § 4241(a), and accordingly ordered an evaluation of defendant by a licensed or certified psychiatrist and/or psychologist to determine his mental competency.

    Now, having reviewed the forensic evaluation prepared by forensic psychologist Samantha Shelton and reviewed by chief forensic psychologist Lisa Matthews, the Court finds by a preponderance of evidence that defendant understands the nature and consequences of the proceedings against him, is able to assist properly in his defense, and is accordingly competent to stand trial.

    Defendant has also filed a *pro se* Faretta motion requesting he be allowed to "proceed pro per with the assistance of the [f]ederal [d]efender to act as co-counsel, [second] [c]hair in a

hybrid defense."  The Court recognizes the Faretta rights of all defendants, but there is no right to represent oneself *pro se* and have a federal public defender as advisory counsel.  The motion is thus **DENIED** without prejudice to a subsequent motion by defendant requesting that he represent himself without advisory counsel if he so desires.  The Court advises defendant to wait and see how he can work with recently-appointed attorney Vermeulen before deciding whether to file a fresh motion.

**IT IS SO ORDERED.**

Dated:  June 30, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE