UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 19-00026 WHA |
| v. | |
| DAVID JAH, | **ORDER RE DEFENDANT'S REQUEST FOR INFORMATION ABOUT JURY INSTRUCTIONS** |
| Defendant. | |

It is impossible for the Court to comply with this request. We will follow the normal procedure of allowing both sides to file their proposed instructions. The Court will carefully consider these. Both sides will present their cases to the jury. Before the jury deliberates, parties will be able to read the Court's proposed jury instructions and we will hold a charging conference. The request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 9, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE